UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DEXTER ANDREWS, RAYMOND DUNN, NUNO GOMES, TITUS ROYAL, MATTHEW SOLER, and NICHOLAS YOUNG,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC.,<br><br>Defendant. | Case No. 1:19-cv-11182-MLW<br>Case No. 1:19-cv-10070-MLW |

**DEFENDANT AMAZON.COM, INC.'S MOTION
TO CONSOLIDATE PURSUANT TO FED. R. CIV. P. 42(A)**

Pursuant to Fed. R. Civ. P. 42(a), Defendant Amazon.com, Inc.'s ("Defendant") hereby seeks consolidation of the two-above captioned, duplicative actions currently pending before this Court. Plaintiffs Dexter Andrews, Raymond Dunn, Nuno Gomes, Titus Royall, and Matthew Soler, Nicholas Young (collectively "Plaintiffs")—and their same counsel—have brought the nearly identical above-captioned actions against Amazon. Although Plaintiffs brought one action under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000 *et seq*. (Action No. 1:19-cv-11182) and the other under Massachusetts state law (Action No. 1:19-cv-10070), both actions are premised on virtually *identical* allegations: specifically, Plaintiffs' claim that Amazon maintains a policy of requiring third-party delivery service providers, who employed Plaintiffs and alleged members of the putative class, to terminate that employment relationship due to criminal history and/or driving records in a manner that has an unlawful disparate impact on Blacks and Latinos. Plaintiffs also seek to certify overlapping putative classes and to recover like damages and other relief. Both actions thus require adjudication of common factual and legal issues.

WHEREFORE, for these reasons, and the reasons explained in Defendant's memorandum of law filed herewith, Defendant respectfully requests that this Court consolidate the above-captioned actions pursuant to Fed. R. Civ. P. 42(a).

DATED: July 19, 2019

        MORGAN, LEWIS & BOCKIUS LLP

By: */s/ Peter J. Mee*
    Peter J. Mee, Bar No. 677081
    One Federal Street
    Boston, MA  02110-1726
    Telephone: +1.617.341.7700
    Facsimile: +1.617.341.7701
    peter.mee@morganlewis.com

    Paul C. Evans, Esq.*
    Gregory T. Parks, Esq.*
    1701 Market Street
    Philadelphia, PA  19103
    Telephone: +1.215.963.5000
    Facsimile: +1.215.963.5001
    paul.evans@morganlewis.com
    gregory.parks@morganlewis.com

    *Denotes national counsel who will seek *pro hac vice* admission.

## **COMPLIANCE WITH LOCAL RULE 7.1(A)(2)**

I, Peter Mee, attorney for Defendant, hereby certify that I have conferred with counsel for Plaintiffs regarding the foregoing Motion.  Counsel for Plaintiffs do not consent to the Motion.

## **CERTIFICATE OF SERVICE**

I, Peter J. Mee, hereby certify that, on July 19, 2019, a true and correct copy of the foregoing Defendant's Motion to Consolidate Pursuant to Fed. R. Civ. P. 42(a) was filed electronically and is available for viewing and downloading from the ECF system of the U.S. District Court for the District of Massachusetts by the following:

Stephen Churchill, BBO #564158
FAIR WORK, P.C.
192 South Street, Suite 450
Boston, MA 02111
(617) 607-3260
steve@fairworklaw.com

Oren Sellstrom, BBO #560945
Sophia Hall, BBO #684541
LAWYERS FOR CIVIL RIGHTS
61 Batterymarch Street, 5th Floor
Boston, MA 02110
(617) 482-1145
osellstrom@lawyersforcivilrights.org
shall@lawyersforcivilrights.org

*/s/Peter J. Mee*
Peter J. Mee

*Counsel for Defendant Amazon.com, Inc*